THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PETER GUARDINO, Appellant.

Argued March 10, 1943; decided April 22, 1943.

*Maurice Edelbaum* for appellant.

*Thomas Cradock Hughes, Acting District Attorney (Solomon A. Klein* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. RIPPEY, J., dissents and votes for a new trial on the ground that a conviction under section 2460 of the Penal Law cannot be had upon the testimony of the two females.